No. 10–9923. ROGERS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 10–9930. T. G. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–9936. CHARLTON v. PEREZ, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–9949. MARTINEZ v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9965. MIRANDA v. CHANDLER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9997. WARREN v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–10000. RICHARDSON v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10014. PALMER v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10030. DURHAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10058. HURTADO v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10061. CRIPPEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10064. DAVIDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10065. REGAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10073. BARNES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10078. LOPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.